IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY K. BARNES,<br><br>    Plaintiff<br><br> VS.<br><br>THALRONE WILLIAMS,<br><br>    Defendant | NO.  5: 04-CV-114 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

### RECOMMENDATION OF DISMISSAL AT REQUEST OF PLAINTIFF

  Plaintiff herein has moved the court to dismiss the above-captioned §1983 proceeding. Tab #30.  This motion comes after to the filing of responsive pleadings by the defendant. No objection to plaintiff's motion has been made on behalf of the defendant.

  Accordingly, based solely upon plaintiff's request without making any findings as to the reasons advanced by plaintiff for seeking dismissal, IT IS THE RECOMMENDATION of the undersigned that plaintiff's Motion to Dismiss be GRANTED and that his complaint herein be DISMISSED <u>without</u> <u>prejudice</u>.  Pursuant to 28 U.S.C. §636(b)(1), the parties may file written objections to this RECOMMENDATION with the Clerk of court directed to the district judge assigned to this case, **WITHIN TEN (10) DAYS** after being served with a copy thereof.

  SO RECOMMENDED, this 14th day of DECEMBER, 2005.



              CLAUDE W. HICKS, JR.
              UNITED STATES MAGISTRATE JUDGE