IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY K. BARNES, | : |
| Plaintiff | : |
| VS. | : NO. 5:04-CV-114 (CAR) |
| THALRONE WILLIAMS, *et al*, | : |
| Defendants | : PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| | : BEFORE THE U.S. DISTRICT JUDGE |

# ORDER

On April 11, 2004, plaintiff filed the above-captioned complaint in which he alleged various constitutional violations. Thereafter, plaintiff filed a Motion For Appointment of Counsel and a Motion To Amend. Tabs #13 and #14. Both of these motions were denied. Tabs #16 and #20. Plaintiff then sought to have his case dismissed based on his erroneously belief that he could not receive a fair trial in this court. Tab #21. After being advised that he would have to pay the filing fee even if his case was dismissed, plaintiff requested a continuance rather than a dismissal. Tab #23. Plaintiff's request was granted. However, he has again requested that this case be dismissed without prejudice. Tabs #26 and #30. The defendants have not filed a response to the plaintiff's motion. Therefore, the undersigned finds that they do not contest the dismissal of plaintiff's claims.

Accordingly, in keeping with the plaintiff's wishes, plaintiff's MOTION TO DISMISS (Tab #21) is hereby **GRANTED** and this case is **DISMISSED**, *without prejudice*.

SO ORDERED, this 15th day of DECEMBER, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE